

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2022

No. 04-21-00524-CV

Janet **THOME,**
Appellant

v.

**GUADALUPE- BLANCO RIVER AUTHORITY,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1094-CV-A
Jan P. Patterson, Judge Presiding

# O R D E R

When we granted Appellee's first motion for an extension of time to file the brief, we set the brief due on May 20, 2022. *See* TEX. R. APP. P. 38.6(b), (d). Before the once-extended due date, Appellee filed an unopposed second motion for a 30-day extension of time to file the brief.

Appellee's motion is GRANTED. Appellee's brief is due on June 20, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court